**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————— )
                                         )
SANAD ALI YISLAM AL-KAZIMI      )
                                           )
           Petitioner,          )
                                           )
       v.                            )      Civil Action No. 05-2386 (RBW)
                                           )
JOSEPH R. BIDEN, <u>et al.</u>,          )
                                           )
           Respondents.      )
———————————————————— )

## <u>ORDER</u>

Upon consideration of the Petitioner's Motion for Status Conference, ECF No. 2111, and

the government's confidential representations, it is hereby

**ORDERED** that the Petitioner's Motion for Status Conference, ECF No. 2111, is

**DENIED WITHOUT PREJUDICE**, subject to renewal in 90 days if the petitioner's status has

not changed.

**SO ORDERED** this 23rd day of October, 2023.

                                                                                 
REGGIE B. WALTON
United States District Judge